IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-171-RJC-DCK

| | |
|---|---|
| SCOTTIE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STERN & EISENBERG PC, STERN & ) | |
| EISENBERG SOUTHERN PC, and JOHN ) | |
| DOES 1-26, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. Attorney for Plaintiff, Craig M. Shapiro, filed a "Notice Of Settlement" (Document No. 18) notifying the Court that the parties reached a settlement on June 26, 2018. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **September 20, 2018**.

**SO ORDERED**.

Signed: June 26, 2018

_____
David C. Keesler
United States Magistrate Judge